Court of Criminal Appeals of Texas.
April 19, 1939.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is aiding a prisoner to escape; the punishment, confinement in the penitentiary for two years.

The record fails to show that appellant gave notice of appeal. In the absence of such notice this court is without jurisdiction.

Attention is called to the fact that no indictment is disclosed by the transcript.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### TUCKER v. STATE.
No. 20365.

Court of Criminal Appeals of Texas.
April 19, 1939.

H. R. Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted of the offense of murder with malice, and his punishment assessed at twenty-five years in the penitentiary.

■ The record before us contains neither a statement of facts nor bills of

exception, hence no question is presented for review. It appears, however, that the sentence herein does not conform to the provisions of the indeterminate sentence law. Vernon's Ann.C.C.P. art. 775. The same is therefore reformed so as to sentence the appellant to serve a term of not less than two nor more than twenty-five years in the State penitentiary, and as reformed the judgment will be affirmed.